**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------X
ANGEL MATERNIDAD ULLOA
MONTOYA,

                Petitioner,

   - against -                         **JUDGMENT**
                                                CV 25-6363 (JMA)

PAMELA BONDI, in her official capacity as
U.S. Attorney General; KRISTI NOEM, in her
official capacity as U.S. Secretary of Homeland
Security; U.S. DEPARTMENT OF HOMELAND
SECURITY; RAUL MALDONADO, in his
official capacity as Warden of the Brooklyn
Metropolitan Detention Center; TOOD LYONS,
in his official capacity as Acting ICE Field Officer
director; JUDITH ALMODOVAR, in her official
capacity as Acting Field Office Director of the New
York Office of U. S. Immigration and Customs
Enforcement,

                Respondents.
--------------------------------------------------------------X

      A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on December 23, 2025; finding Petitioner's detention without an individualized custody determination and without a bond hearing violates the Immigration and Nationality Act ("INA") and the Due Process clause of the Fifth Amendment; and granting Petitioner's Petition for a writ of habeas petition pursuant to 28 U.S.C. § 2241, it is

      **ORDERED AND ADJUDGED** that Petitioner's detention without an individualized custody determination and without a bond hearing violates the INA and the Due Process clause of the Fifth Amendment; and that Petitioner Angel Maternidad Ulloa Montoya's Petition for a writ of habeas petition pursuant to 28 U.S.C. § 2241 is granted.

Dated: December 23, 2025
       Central Islip, New York

                                                                    BRENNA B. MAHONEY
                                                                    CLERK OF COURT
                                                      By:   /s / James J. Toritto
                                                               Deputy Clerk

.